```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - - -x
In re:                                :

BESS EATON DONUT FLOUR COMPANY, INC.    BK No. 04-10630
          Debtor                        Chapter 11
- - - - - - - - - - - - - - - - - - -x
In re:                                :

LOUIS A. GENCARELLI, SR.              :  BK No. 04-10682
          Debtor                         Chapter 11
- - - - - - - - - - - - - - - - - - -x
```

**ORDER OVERRULING OBJECTION TO CLAIM OF ROCKVILLE BANK**

Heard on October 7, 2004, on the Debtor's objection to the Claim of Rockville Bank.  At issue is the reasonableness of the attorney's fees and expenses added on to Rockville's claim.  Upon consideration of the arguments and reviewing the invoices of Rockville's counsel, Debtor's objection to the claim of Rockville Bank is OVERRULED.

Enter judgment consistent with this order.

Dated at Providence, Rhode Island, this      8th     day of October, 2004.

───────────────────────────
Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket: 10/8/2004